UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLOUGHBY DOUGLAS; LOVECORA DOUGLAS,<br><br>        Plaintiffs,<br><br>   -against-<br><br>WALMART, ET AL.,<br><br>        Defendants. | 25 CIVIL 5448 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the July 15, 2025, order, this action is dismissed.

  The Court dismisses this action because Plaintiffs submitted a duplicate complaint in error. This dismissal is without prejudice to Plaintiffs' litigation of their claims in Douglas I, No. 24-CV-3030 (KMK) (VR). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

  SO ORDERED.

Dated: July 17, 2025
    New York, New York

                /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
             Chief United States District Judge